## Commonwealth ex rel. Goldstein, Appellant, *v.* Goldstein.

Before SCHWARTZ, J.

Argued March 21, 1969. *Nicholas G. Petrella,* for appellant; *Leonard M. Sagot,* with him *Alan I. Aberman,* and *Ettinger, Poserina, Silverman, Dubin, Anapol and Sagot,* for appellee.

Order affirmed.

## Commonwealth ex rel. Held *v.* Held, Appellant.

Before CATANIA, J.

Argued March 18, 1969. *Melvin E. Caine,* with him *Caine, Di Pasqua & Edelson,* for appellant; *Robert L. Pinto,* for appellee.

Order affirmed.

## Commonwealth ex rel. McElroy *v.* McElroy, Appellant.

Before BLOOM, J.

Argued March 17, 1969. *Garland D. Cherry,* with him *Kassab, Cherry, Curran and Archbold,* for appellant; *H. Robert Fiebach,* with him, *Wolf, Block, Schorr and Solis-Cohen,* and *Levy & Levy,* for appellee.

Order affirmed.

SPAULDING, J., absent.